UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 24-22195-CV-WILLIAMS

LOUIS VUITTON MALLETIER,

    Plaintiff,

v.

21646644,

    Defendant.
_____/

## ORDER

**THIS MATTER** is before the Court on Chief Magistrate Judge Jonathan Goodman's Report and Recommendations (DE 23) ("***Report***") on Plaintiff's Motion for Entry of Default Final Judgment (DE 21) ("***Motion***"). In the Report, Judge Goodman recommends that the Motion be granted, and that the Court award Plaintiff $100,000 in statutory damages and issue a permanent injunction against Defendant. (DE 23 at 22.) Specifically, Judge Goodman finds that Plaintiff sufficiently alleged that "(1) Plaintiff's ownership of the Louis Vuitton Marks preceded Defendant's infringement; (2) Defendant is selling, offering for sale, and marketing products with Louis Vuitton Marks without Plaintiff's consent or authorization; and (3) the marks used on the products . . . are similar to Plaintiff's Louis Vuitton marks [such] that they are likely to cause consumer confusion." (*Id.* at 13.) The Report further concludes that "Plaintiff has shown entitlement to permanent injunctive relief," and that Plaintiff's allegations form a legitimate basis to conclude that "the infringement in [this] case was willful," entitling Plaintiff to enhanced statutory damages under the Lanham Act. (*Id.* at 18, 21.) No objections were filed to the Report, and the time to object has passed. Therefore, the Court conducted a *de novo*

review of the Report. Upon a careful review of the Report, the Motion, the record, and applicable law, it is **ORDERED AND ADJUDGED** as follows:

1. Chief Magistrate Judge Goodman's Report (DE 23) is **AFFIRMED AND ADOPTED**.

2. Plaintiff's Motion for Entry of Default Final Judgment (DE 21) is **GRANTED**.

3. The Court will separately issue a final default judgment.

**DONE AND ORDERED** in Chambers in Miami, Florida, on this <u>14th</u> day of January, 2025.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE